ROSENBLUM REALTY Co., INC., Appellant, v. HERMAN KNEPPER, Respondent. ANNIE SILVERMAN, Defendant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Merrell and Martin, JJ., dissent.

THE EQUITABLE TRUST COMPANY OF BALTIMORE, Respondent, v. GEORGE A. TOUCHE and Others, Defendants, Impleaded with JOHN B. NIVEN and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ULTRAMARES CORPORATION, Respondent, v. GEORGE A. TOUCHE and Others, Defendants, Impleaded with JOHN B. NIVEN and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

FEDERAL INTERNATIONAL BANKING COMPANY, Respondent, v. GEORGE A. TOUCHE and Others, Defendants, Impleaded with JOHN B. NIVEN and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE CHEMICAL NATIONAL BANK OF NEW YORK, Respondent, v. GEORGE A. TOUCHE and Others, Defendants, Impleaded with JOHN B. NIVEN and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE AMERICAN EXCHANGE-PACIFIC BANK, Respondent, v. GEORGE A. TOUCHE and Others, Defendants, Impleaded with JOHN B. NIVEN and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

DOWD & CLEMENS, INC., Respondent, v. EMILY K. GOODWIN and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; O'Malley and Proskauer, JJ., dissent.

ANTONIO ASCIONE, as Administrator, etc., of ADEL ASCIONE, Deceased, Respondent, v. FIFTH AVENUE COACH COMPANY, Appellant, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

KATHLEEN M. HEYES, Respondent, v. 15¢ and 5¢ TAXI CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ANNA S. WILSON, Respondent, v. 15¢ AND 5¢ TAXI CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD WALTERS, Otherwise Known as EDWARD CISZEWSKI, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

VINCENT RENZETTI, an Infant, by CLARA DE VIRGILUS, His Guardian ad Litem,

47